FILED
JAN 22 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Curtis Brooks #33832-510   1/8/24

To whom it may concern, I am writing this concerning the new law on criminal history point reduction. I would like for this to be honored as a motion, to be filed under this new law providing that I qualify. For any response or correspondance I can be reach at FCI Memphis.

with Gratitude

Curtis Brooks

1:22-cr-41-8



MEMPHIS TN 380
17 JAN 2024 PM 4 L

Curtis Brooks Jr #23837510
FCI Memphis
1101 John A. Denie Rd
Memphis TN 38134

Federal Court Clerk
900 Georgia Ave
Chattanooga TN 37402