# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:22-cr-41-8 |
| v. ) | |
| ) | Judge Atchley |
| ) | |
| CURTIS BROOKS, JR. ) | Magistrate Judge Steger |
| ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Reduce Sentence – Amendment 821 [Doc. 270]. The Federal Defender Services of Eastern Tennessee is **ORDERED** to evaluate Mr. Brooks' case in accordance with Standing Order 23-06 and determine, without delay, whether to file a supplemental motion on Defendant's behalf. The United States **SHALL** comply with the briefing schedule in Standing Order 23-06.

**SO ORDERED.**

/s/*Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**